UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Baldor Electric Company,

             Plaintiff(s),

v.                           Case No.

Kelora Systems, LLC,

             Defendant(s).

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

Janney & Janney Attorney Service, Inc.
(name and address of process server)

1545 Wilshire Blvd., Suite 311

Los Angeles, CA 90017

To serve: Kelora Systems, LLC _____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

11/28/2011                                          /s/
(date)                                               (attorney for Plaintiff)

                                                               (attorney for Defendant)